UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 05836
   CARLOS A ALONZO
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-4835
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/02/07 and confirmed on 05/29/07.

2. The case was converted to Chapter 7 after confirmation, 09/29/2007.

3. The Debtor paid a total of $ 815.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC/HOMECOMINGS | CURRENT MORTG | .00 | .00 | .00 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | .00 | .00 | .00 |
| WELLS FARGO BANK | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $    2500.00 and was paid $    500.00  direct and $    793.81  through the plan.

The Trustee received $    21.19 .

Refunds to the Debtor totaled $    .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/20/07                        /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                       PAGE   2
      CASE NO. 07 B 05836 CARLOS A ALONZO
```